UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>**WILLIAM CLAY RITTER AND STEPHANIE YVONNE RITTER**,<br><br>Debtors | CHAPTER 13<br><br>CASE NO: **18-41288-BEM** |

**OBJECTION TO CHAPTER 13 PLAN**

**COMES NOW** Federal National Mortgage Association (hereinafter "FNMA"), a secured creditor in the above-captioned case, by and through counsel, Brock & Scott, PLLC, and objects to confirmation of the Debtors' Chapter 13 plan, respectfully showing the Court as follows:

1. On June 4, 2018, the Debtors filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter 13 of Title 11 of the United States Code.

2. FNMA holds a secured claim by virtue of a first mortgage lien on real property (hereinafter "Property") described in that Security Deed recorded in the Polk County Register of Deeds in Book 994 at Page 203 (hereinafter "Security Deed"), with an address of 112 Pinecrest Circle, Cedartown, GA 30125.

3. FNMA holds or is otherwise entitled to enforce a Note secured by the first lien Security Deed from the Debtors in the original principal amount of $76,000.00 and dated January 30, 2004.

4. FNMA does not accept Debtors' plan as proposed. The plan fails to treat FNMA's claim and provide for the pre-petition mortgage arrearage. FNMA will timely file a proof of claim that sets forth a pre-petition arrearage of approximately $45,845.15.

5. The plan fails to indicate treatment of the ongoing post-petition mortgage payments to FNMA.

**WHEREFORE**, FNMA prays the Court grant the following relief:

1. Deny confirmation of the Debtors' plan as currently proposed;

2. Require that Debtors' plan be modified to address the issues identified herein; and

3. Provide such other and further relief that the Court may deem just and proper.

This, the 31st day of July, 2018.

                                        */s/ Mallory Velten*
                                        Mallory Velten (GA Bar No. 726971)
                                        Attorney for Federal National Mortgage Association
                                        Brock & Scott, PLLC
                                        4360 Chamblee Dunwoody Rd. Suite 310
                                        Atlanta, GA 30341
                                        Ph: 404-789-2661
                                        Fax: 404-294-0919
                                        gabkr@brockandscott.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>**WILLIAM CLAY RITTER AND STEPHANIE YVONNE RITTER**,<br><br>Debtors | CHAPTER 13<br><br>CASE NO: **18-41288-BEM** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the OBJECTION TO CHAPTER 13 PLAN in the above-captioned case was this day served upon the below-named persons via electronic service or by mailing, postage prepaid, via first class mail a copy of such instrument to each party at the addresses shown below:

| Stephanie Yvonne Ritter<br>116 Pinecrest Circle<br>Cedartown, GA 30125<br><br>William Clay Ritter<br>116 Pinecrest Circle<br>Cedartown, GA 30125 | W. Jeremy Salter<br>PO Box 609<br>Rome, GA 30162<br>*Served via CM/ECF* | Mary Ida Townson<br>191 Peachtree Street, NE<br>Suite 2200<br>Atlanta, GA 30303<br>*Served via CM/ECF* |

This, the 30th day of July, 2018.

*/s/ Mallory Velten*
Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
Ph: 404-789-2661
Fax: 404-294-0919
gabkr@brockandscott.com